1  WILLIAM G. MALCOLM, #129271
   DON ROBINSON, #123411
2  KEVIN HAHN, #231579
   MALCOLM ♦ CISNEROS
3  2112 Business Center Drive
   2nd Floor
4  Irvine, California 92612
   Telephone:    (949) 252-9400
5  Telecopier:    (949) 252-1032

6   Attorneys for Movant

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10             **LOS ANGELES DIVISION**

11  In re:                                    Case No. 2:08-bk-15337 SB

12  KANG JIN HWANG,                           [Chapter 7]

13            Debtor.

14  FDIC as Conservator for INDYMAC
    FEDERAL BANK, FSB,
15                                            **EXECUTED PROOF OF SERVICE RE:**
                                              **SUPPMENTAL MEMORANDUM OF**
16            Movant,                         **POINTS AND AUTHORITIES IN**
                                              **SUPPORT OF INDYMAC FEDERAL**
17            vs.                             **BANK'S MOTION FOR RELIEF FROM**
                                              **STAY**
18  KANG JIN HWANG, Debtor, and SAM S.
    LESLIE,                                   **CONTINUED HEARING DATE:**
19            Respondents.                    **DATE:**  August 26, 2008
                                              **TIME:**  9:30 a.m.
20                                            **CTRM:**  1575
                                                        255 E. Temple Street
21                                                      Los Angeles, CA 90012

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1

1

<u>PROOF OF SERVICE</u>

2

3

4

5

6

7

8

9

10

I am employed by the law firm of Malcolm ♦ Cisneros in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2112 Business Center Drive, Second Floor, Irvine, California 92612.

On August 22, 2008, I caused to be served the document entitled:

**SUPPMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF INDYMAC FEDERAL BANK'S MOTION FOR RELIEF FROM STAY**

on the following interested parties:

**SEE ATTACHED SERVICE LIST**

☒    (By Mail)  I caused each envelope, with postage prepaid, to be placed in the United States mail at Irvine, California.

11

12

☐    (By Hand)  I caused each envelope to be delivered by hand.

13

☐    (By Overnight Courier)  I caused each envelope, with postage prepaid, to be sent by Federal Express/ Express Mail.

14

15

16

☐    (By Facsimile Transmission)  I caused each document to be sent by automatic facsimile transmission to the following telephone numbers and confirmed by voice communication that the transmission was received:

17

18

☒    (By Electronic Transmittal) Service <u>via</u> electronic transmission pursuant to the Public Notice re: Consent to Electronic Notice and Service of Documents:

19

**OFFICE OF THE UNITED STATES TRUSTEE**

20

21

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction service was made and that the foregoing is true and correct and that this declaration was executed on the date indicated below at Irvine, California.

22

23

DATED: August 22, 2008

_____
ERICA F. PEDRAZA

24

25

26

27

28