B18 (Official Form 18)
(12/07)

# United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# **DISCHARGE OF DEBTOR**

**DEBTOR(S) INFORMATION*:**
Kang Jin Hwang

**BANKRUPTCY NO.**
2:08−bk−15337−SB

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−8001

**CHAPTER** 7

**Employer Tax−Identification (EIN) No(s).(if any):** N/A

**Address:**
1635 4th Street
Los Angeles, CA 90019

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT,

Dated: September 24, 2008

**Jon D. Ceretto**
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

_____

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form rev. 12/07) VAN−30

27/ LS2

B18 (Official Form 18) Cont. (12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes;
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loads form these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0973-2           User: llewisC                Page 1 of 1           Date Rcvd: Sep 24, 2008
Case: 08-15337                 Form ID: b18                 Total Served: 21

The following entities were served by first class mail on Sep 26, 2008.
db           +Kang Jin Hwang,    1635 4th Street,    Los Angeles, CA 90019-6130
aty          +Robert K Lee,    3435 Wilshire Blvd Ste 2741,    Los Angeles, CA 90010-1901
aty          +William Malcolm,    Malcolm & Cisneros,    2112 Business Center Dr 2nd Fl,    Irvine, CA 92612-7135
tr           +Sam S Leslie,    Leslie, Engell & Associates LLP,    6310 San Vicente Blvd., Suite 320,
               Los Angeles, CA 90048-5499
smg           Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
               Sacramento, CA  94280-0001
smg           Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
ust          +United States Trustee (LA),    725 S Figueroa St., 26th Floor,    Los Angeles, CA 90017-5524
cr           +FDIC as Conservator for Indymac Federal Bank FSB,    Malcolm & Cisneros,
               2112 Business Center Drive,    Second Floor,    Irvine, CA 92612-7135
cr           +Indymac Bank,    Malcolm ~ Cisneros,    A Law Corporation,    2112 Business Center Drive,
               Second Floor,    Irvine, CA 92612-7135
20119611     +Citibank,    Attention: Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
20645240      Clark County Treasurer,    500 S Grand Central Pkwy,    POB 551220,    Las Vegas NV 89155-1220
20119612     +Countrywide Home Lending,    Attention: Bankruptcy SV-314B,    Po Box 5170,
               Simi Valley, CA 93062-5170
20119614     +GMAC Mortgage,    Attention: Bankruptcy Dept.,    1100 Virginia Drive,
               Fort Washington, PA 19034-3200
20119615     +Hanmi Bank,    3099 W Olympic Blvd,    Los Angeles, CA 90006-2521
20119616     +Indymac Bank,    7700 W Parmer Ln,    Bldg D 2nd Floor,    Austin, TX 78729-8084
20645241     +Orange County Treasurer Tax Collect,    POB 1438,    Sta Ana CA 92702-1438

The following entities were served by electronic transmission on Sep 25, 2008.
tr           +EDI: QSSLESLIE.COM Sep 25 2008 06:33:00      Sam S Leslie,    Leslie, Engell & Associates LLP,
               6310 San Vicente Blvd., Suite 320,    Los Angeles, CA 90048-5499
smg           EDI: CALTAX.COM Sep 25 2008 06:34:00      Franchise Tax Board,    ATTN: Bankruptcy,    P.O. Box 2952,
               Sacramento, CA  95812-2952
20119608     +EDI: BECKLEE.COM Sep 25 2008 06:34:00      American Express,    c/o Becket and Lee,    Po Box 3001,
               Malvern, PA 19355-0701
20119609     +EDI: BANKAMER.COM Sep 25 2008 06:33:00      Bank of America,    Attn: Bankruptcy Dept NC4-105-03-14,
               Po Box 26012,    Greensboro, NC 27420-6012
20119610     +EDI: CHASE.COM Sep 25 2008 06:34:00      Chase,    Attn: Bankruptcy Dept,    Po Box 100018,
               Kennesaw, GA 30156-9204
20119611     +EDI: CITICORP.COM Sep 25 2008 06:33:00      Citibank,    Attention: Bankruptcy,    Po Box 20507,
               Kansas City, MO 64195-0507
20119613     +EDI: RMSC.COM Sep 25 2008 06:33:00      Gemb/gap,    Po Box 981400,    El Paso, TX 79998-1400
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 26, 2008**                    **Signature:** _Joseph Speetjens_