# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: | CASE NO.: 08-15337-SB |
|---|---|
| KANG JIN HWANG | Chapter : |
| | **NOTICE OF REFERRAL OF APPEAL** |
| Debtor(s). | Notice of Appeal Filed : November 14, 2008 |
| | Notice of Cross-Appeal Filed: N/A |
| | Bankruptcy Filed: April 22, 2008 |

**FILED NOV 2 4 2008**
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

**TO:** ALL PARTIES IN INTEREST, AND
    [ ] BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT, **OR**
    [X] U. S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

YOU AND EACH OF YOU are hereby notified that the following documents have been filed with the Clerk of the Bankruptcy Court:

    [ ]    Motion for Leave to Appeal
    [ ]    Answer in Opposition to Motion for Leave to Appeal
    [X]    Notice of ___X___ Appeal _____ Cross-Appeal
    [X]    Appellant's Statement of Election to Transfer Appeal to District Court
    [ ]    Other

By virtue of Orders of the Judicial Council of the Ninth Circuit and the District Court for this District, the above appeal and related documents have been referred to the Bankruptcy Appellate Panel or U. S. District Court, as indicated above.

**DATED:** November 24, 2008

Jon D. CERETTO
Clerk of Court

By: *Elaine L. Garcia*
Deputy Clerk

---

## CERTIFICATE OF MAILING

I hereby certify that a true copy of the NOTICE OF APPEAL, NOTICE OF REFERRAL OF APPEAL, TRANSCRIPT ORDER FORM, AND NOTICE OF TRANSCRIPT were mailed to each of the parties listed in the Appeal, at the address set forth with their respective names on this date, together with a copy of the below-referenced applicable ORDER:

    [ ]    **AMENDED ORDER ESTABLISHING AND CONTINUING THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT** (referencing appeals originating in bankruptcy cases filed on or before 10/22/94)

    [X]    **AMENDED ORDER CONTINUING BANKRUPTCY APPELLATE PANELS OF THE NINTH CIRCUIT** (referencing appeals originating in bankruptcy cases filed after 10/22/94)

**DATED:** November 24, 2008

JON D. CERETTO
Clerk of Court
Elaine L. Garcia
By: _____
Deputy Clerk

---

**NOTICE OF REFERRAL OF APPEAL (Bankruptcy)**
APPEALS: NTC-REF.BK (Revised format 5/02)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

## APPEAL SERVICE LIST

[ ] **NOTICE OF REFERRAL OF APPEAL**
[X] **CERTIFICATE OF READINESS AND COMPLETION OF RECORD**

CASE NO.: __08-15337-SB__    ADVERSARY NO.: __N/A__

[ ] BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
Office of the Clerk
United States Court of Appeals Building
125 South Grand Avenue
Pasadena, CA 91105-1510

[X] U. S. DISTRICT COURT
Central District of California, Western Division
U. S. Courthouse, Room G-8
312 North Spring Street
Los Angeles, CA 90012-4701

[ ] U. S. DISTRICT COURT
Central District of California, Southern Division
411 West Fourth Street
Room 1053
Santa Ana, CA 92701-4516

[X] Peter Anderson
OFFICE OF THE U. S. TRUSTEE
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017

[ ] Arthur Marquis
OFFICE OF THE U. S. TRUSTEE
411 West Fourth Street, Room 9041
Santa Ana, CA 92701

[ ] Terri Hawkins-Andersen
OFFICE OF THE U. S. TRUSTEE
3685 Main Street
Riverside, CA 92501

[ ] Jennifer Braun
OFFICE OF THE U. S. TRUSTEE
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

**INDICATE BELOW NAMES AND ADDRESSES OF PARTIES LISTED IN THE APPEAL:**

SEE ATTACHED LIST

**_Debtor_**

**Kang Jin Hwang**
1635 4th Street
Los Angeles, CA 90019


**Atty for Debtor/Appellee**

**Robert K Lee**
3435 Wilshire Blvd Ste 2741
Los Angeles, CA 90010

**Chapter 7 trustee**
**Sam S Leslie**
Leslie, Engell & Associates
6310 San Vicente Bl., Ste 320
Los Angeles, CA 90048

Atty for Appellant
William G. Malcolm
Don Robinson
Kevin Hahn,
Malcolm-Cisneros
2112 Business Center Dr. 2nd fl.
Irvine, CA 92612

**APPEAL SERVICE LIST**

APPEALS: SERVLIST (Revised 04/04)