1  WILLIAM G. MALCOLM, #129271                    E-FILED 11/24/08
   DON ROBINSON #123411
2  KEVIN HAHN, #231579
   MALCOLM ♦ CISNEROS
3  2112 Business Center Drive
   2nd Floor
4  Irvine, California 92612
   Telephone:    (949) 252-9400
5  Telecopier:   (949) 252-1032

6  Counsel for Appellant FDIC as
   Conservator for INDYMAC FEDERAL BANK
7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  LOS ANGELES DIVISION

11 In re:                          | Case No. LA 08-15337 SB
12 KANG JIN HWANG,                 |
                                   | APPELLANT'S DESIGNATION OF ITEMS
13        Debtor.                  | TO BE INCLUDED IN THE RECORD ON
                                   | APPEAL AND STATEMENT OF ISSUES
14                                 | PRESENTED

15        FDIC as Conservator for IndyMac Federal Bank, the
16 Movant and Appellant, hereby designates the following items for
17 inclusion in the record on appeal and herein sets forth a
18 statement of the issues it intends to present on appeal.
19                      **DESIGNATION OF RECORD**
20        The transcripts of the hearings held on July 15, 2008,
21 August 26, 2008, and September 23, 2008, the docket for Chapter
22 7 Bankruptcy Case No. 08-15337 SB, and the following items from
23 that docket:
24

| DOCKET # | DESCRIPTION | DATE FILED |
|---|---|---|
| 1 | Chapter 7 Voluntary Petition. Filed by Kang Jin Hwang. Modified on 4/25/2008. Additional attachment(s) added on 4/25/2008. | 04/22/08 |

28

| | | | |
|---|---|---|---|
| 1<br>2<br>3 | 8 | Notice of motion and motion for relief from the automatic stay with supporting declarations. Filed by Creditor IndyMac Bank. | 05/23/08 |
| 4<br>5 | 9 | Proof of service Amended Filed by Creditor IndyMac Bank (RE: related document(s)8 Notice of motion and motion for relief from the automatic stay). | 05/30/08 |
| 6<br>7 | 12 | Order for appearance of declarants to testify (movant: IndyMac Bank). | 06/10/08 |
| 8 | 15 | Order for appearance of declarants to testify (Movant: IndyMac Bank ). | 07/08/08 |
| 9<br>10<br>11 | 18 | Notice of Substitution of Movant on Motion for Relief from Automatic Stay. Filed by Creditor FDIC as Conservator for IndyMac Federal Bank FSB. | 08/22/08 |
| 12<br>13<br>14 | 19 | Memorandum of points and authorities Supplemental in Support of Motion for Relief from Stay. Filed by Creditor FDIC as Conservator for IndyMac Federal Bank FSB. | 08/22/08 |
| 15<br>16 | 20 | Supplemental Declaration of Erica Johnson-Seck. Filed by Creditor FDIC. | 08/22/08 |
| 17<br>18 | 21 | Executed Proof of Service Filed by Creditor FDIC as Conservator for IndyMac Federal Bank FSB (RE: related document(s)19, Memorandum of points and authorities). | 08/22/08 |
| 19<br>20<br>21 | 22 | Executed Proof of Service Filed by Creditor FDIC as Conservator for IndyMac Federal Bank FSB (RE: related document(s)18, Notice). | 08/22/08 |
| 22<br>23 | 24 | Judicial Opinion Denying Lift Stay for Failure to join real party in interest; Certificate of mailing; Signed on 9/4/2008. (Entered: 09/10/2008) | 09/04/08 |
| 24<br>25 | 23 | Order for appearance of declarants to testify (Movant: IndyMac Bank). | 09/08/08 |
| 26<br>27<br>28 | 26 | Memorandum of points and authorities in Support of IndyMac Federal Bank's Motion for Relief from Stay Filed by Creditor FDIC as Conservator for IndyMac Federal Bank FSB. | 09/16/08 |

Case 2:08-bk-15337-PC   Doc 37   Filed 11/24/08   Entered 11/24/08 15:25:29   Desc
Main Document   Page 3 of 6

| 27 | Discharge of Debtor. | 09/24/08 |
|---|---|---|
| 29 | Order to IndyMac Federal Bank Pursuant to Rule 19; Certificate of mailing. | 10/10/08 |
| 30 | Response to Order to IndyMac Federal Bank Pursuant to Rule 19 Filed by Creditor FDIC as Conservator for IndyMac Federal Bank FSB. | 10/20/08 |
| 31 | Judicial Opinion (AMENDED)Denying Relief from Automatic Stay. | 10/29/08 |
| 32 | Order Denying Motion for relief from the automatic stay REAL PROPERTY. Signed on 11/5/2008 (Entered: 11/05/2008) | 11/05/08 |
| 34 | Notice of Appeal District Court. | 11/14/08 |
| 35 | Objection to Referral to Bankruptcy Appellant Panel Filed by Creditor FDIC as Conservator for IndyMac Federal Bank FSB. | 11/14/08 |

**STATEMENT OF ISSUES TO BE PRESENTED**

1. The Bankruptcy Court's ruling that IndyMac is not the real party in interest pursuant to Rule 17 of the Federal Rules of Civil Procedure is incorrect as a matter of law and cannot be reconciled with its holding that "an action [must] be prosecuted in the name of the note holder, who is the real party in interest" and its finding that IndyMac is the note holder.

2. The Bankruptcy Court erred as a matter of law in holding that joinder of the owner of the note is required by Rule 19(a)(1)(B)(i), in that granting the motion for relief from stay will not impair or impede the owner's ability to protect its interest outside the Bankruptcy Court.

3. The Bankruptcy Court erred as a matter of law in holding that joinder of the owner of the beneficial interest in the note is required by Rule 19(a)(1)(B)(i), in that neither the

owner nor any other absent party has claimed a legally protected interest relating to the subject matter of the motion for relief from stay despite the fact that the Debtor defaulted more than a year ago and the motion for relief from stay has been pending for almost six months.

    4. The Bankruptcy Court's holding that the trustee of a securitization trust, rather than the holder of the note, is the real party in interest if the loan has been securitized is incorrect as a matter of law.

    5. The Bankruptcy Court's factual findings that IndyMac is not the loan servicer for Freddie Mac, that the owner of the note is unknown, that IndyMac "sold the note to investors through Freddie Mac," and that Freddie Mac has "most likely" sold the note to unknown third parties for securitization are unsupported by the record, based upon sheer speculation, clearly erroneous and designed to support a legal conclusion with no application to the present case since IndyMac rather than the real or imaginary trustee of a securitization trust is the holder of the note.

Dated: November 24, 2008

MALCOLM ♦ CISNEROS
A Law Corporation

/s/ William G. Malcolm

WILLIAM G. MALCOLM
Attorneys for Appellant
FDIC as Conservator for
INDYMAC FEDERAL BANK

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is 2112 Business Center Drive, Second Floor, Irvine, California 92612.

On November 24, 2008 I served the following document described as:

**APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES PRESENTED**

On the following interested parties in this action:

**SEE ATTACHED SERVICE LIST**

[x]  <u>VIA MAIL -- CCP §§ 1013(a); 2015.5</u>: By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices. I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Irvine, California, with postage thereon fully prepaid that same day in the ordinary course of business.

[ ]  <u>VIA FACSIMILE</u>: By faxing a true copy thereof to the Facsimile Number indicated above, and obtaining a confirmation receipt that the transmission of the document was successful.

[ ]  <u>VIA OVERNIGHT DELIVERY</u>: By placing a true copy thereof enclosed in a sealed next business day envelope, and placing each for collection and mailing on said date following ordinary business practices.

[ ]  <u>VIA PERSONAL DELIVERY</u>: By placing a true copy thereof enclosed in a sealed next envelope, and causing such envelope to be personally delivered to the address listed on the attached service list. A separate proof of service by the party who delivered the envelope is available upon request.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Executed November 24, 2008 at Irvine, California.

_____
MELISSA D. FUSCO

MDF:/HWANG POS.wpd

PROOF OF SERVICE
-1-

In re: **KANG JIN HWANG**
**CASE NUMBER: LA 08-15337 SB**
SERVICE LIST

**ATTORNEY FOR DEBTOR:**
Robert K. Lee, Esq.
3435 Wilshire Boulevard, Suite 2741
Los Angeles, CA 90019

**CHAPTER 7 TRUSTEE:**
Sam Leslie
LESLIE, ENGELL & ASSOCIATES LLP
6310 San Vicente Boulevard, Suite 320
Los Angeles, CA 90048