| Attorney or Party Name, Address and Telephone Number:<br>WILLIAM G. MALCOLM #129271<br>DON ROBINSON #123411<br>MALCOLM CISNEROS, A LAW CORPORATION<br>2112 BUSINESS CENTER DRIVE, 2nd Floor<br>IRVINE, CA 92612<br>Telephone (949) 252-9400<br>Attorney for: Appellant, FDIC as Conservator for INDYMAC FEDERAL BANK | FOR COURT USE ONLY<br>E-FILED 11/24/08 |
|---|---|

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: KANG JIN HWANG<br><br><br><br>Debtor(s). | CASE NO.: LA 08-15337 SB<br><br>CHAPTER: 7<br><br>NOTICE OF TRANSCRIPT(S)<br><br>DATE NOTICE OF<br>APPEAL FILED: 11-14-08 |
|---|---|

**TO: CLERK, U. S. BANKRUPTCY COURT AND OTHER PARTIES IN INTEREST:**

**NOTICE IS HEREBY GIVEN** that the following action has been taken:

☐ I do not intend to designate any portion of the transcript(s) and will notify all counsel of this intention.

☒ As retained counsel (or litigant proceeding in pro per), I have requested a copy of the below-referenced transcript(s) and guarantee payment of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of the order.

**DATE TRANSCRIPT(S) ORDERED**
9/10/08 (rec'd 9/25/08)
11/24/08
11/24/08

**FOR HEARING DATE(S)**
July 15, 2008
August 26, 2008
September 23, 2008

DATED: November 24, 2008

_____
**Signature**
WILLIAM G. MALCOLM

**\*SPECIAL INSTRUCTIONS\***

**THIS IS NOT AN ORDER FOR A TRANSCRIPT.** To order a transcript, please use the Court approved TRANSCRIPT ORDER FORM.

The original and 2 copies of this Notice, accompanied by a Proof of Service on opposing counsel, are to be filed with the U. S. Bankruptcy Court within 10 days of the filing of the Notice of Appeal.

---

**NOTICE OF TRANSCRIPT(S) (Bankruptcy)**

APPEALS: NTC-TSC.BK (Revised format 5/02)    CCD-900

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is 2112 Business Center Drive, Second Floor, Irvine, California 92612.

On November 24, 2008 I served the following document described as:

**NOTICE OF TRANSCRIPTS**

On the following interested parties in this action:

**SEE ATTACHED SERVICE LIST**

[x]    VIA MAIL -- CCP §§ 1013(a); 2015.5: By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices. I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Irvine, California, with postage thereon fully prepaid that same day in the ordinary course of business.

[ ]    VIA FACSIMILE: By faxing a true copy thereof to the Facsimile Number indicated above, and obtaining a confirmation receipt that the transmission of the document was successful.

[ ]    VIA OVERNIGHT DELIVERY: By placing a true copy thereof enclosed in a sealed next business day envelope, and placing each for collection and mailing on said date following ordinary business practices.

[ ]    VIA PERSONAL DELIVERY: By placing a true copy thereof enclosed in a sealed next envelope, and causing such envelope to be personally delivered to the address listed on the attached service list. A separate proof of service by the party who delivered the envelope is available upon request.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Executed November 24, 2008 at Irvine, California.

_Melissa D. Fusco_
MELISSA D. FUSCO

MDF:/HWANG POS.wpd

PROOF OF SERVICE
-1-

**In re: KANG JIN HWANG**
**CASE NUMBER: LA 08-15337 SB**
**SERVICE LIST**

**ATTORNEY FOR DEBTOR:**
Robert K. Lee, Esq.
3435 Wilshire Boulevard, Suite 2741
Los Angeles, CA 90019

**CHAPTER 7 TRUSTEE:**
Sam Leslie
LESLIE, ENGELL & ASSOCIATES LLP
6310 San Vicente Boulevard, Suite 320
Los Angeles, CA 90048