# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

FILED MAR 27 2009

| In re:<br>KANG JIN HWANG<br><br>                                    Debtor(s). | CASE No.: 08-15337-SB<br>ADV. No.  N/A<br>*Appeal No. CV08-07871-PSG* |
|---|---|
| FDIC as Coservator for Indymac Federal Bank | **CERTIFICATE OF READINESS AND COMPLETION OF RECORD** |

**TO:** U.S. District Court, Central District of California, Western Division
U.S. Courthouse, Rm. G-8
312 North Spring Street
Los Angeles, CA 90012-4701

**ATTORNEY OF RECORD FOR APPELLANT:**

WILLIAM G. MALCOLM
Malcolm-Cisneros
2112 Business Center Dr. 2nd fl.
Irvine, CA 92612

**ATTORNEY OF RECORD FOR APPELLEE:**

**Robert K Lee**
3435 Wilshire Blvd Ste 2741
Los Angeles, CA 90010

The undersigned Deputy Clerk of the U. S. Bankruptcy Court hereby certifies that the record on appeal is complete and ready for transmission. The Statement of Issues and Designation of Record have been filed. The status of the transcript(s) is as follows:

[ X ]  All transcripts requested by:        [ X ]  Appellant

For Hearings held on: 7/15/2008

[ ]  Appellee

For Hearings held on:

have been filed with this Court.

[ x ]  No transcript(s) was(were) requested by:    [ ]  Appellant    [ x ]  Appellee
I hereby certify that a copy of this Certificate was mailed to the above-listed attorneys on this date.

DATED:  MARCH 27, 2009

JON D. CERETTO
Clerk of Court
By:    ELAINE L. GARCIA
          **Deputy Clerk**

---

**CERTIFICATE OF READINESS - BAP (Adversary)**
APPEALS: CR-BAP.ADV (Revised format 5/02)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

## APPEAL SERVICE LIST

[ ]  NOTICE OF REFERRAL OF APPEAL
[X]  CERTIFICATE OF READINESS AND COMPLETION OF RECORD

CASE NO.: 08-15337-SB                    ADVERSARY NO.: N/A

---

U. S. DISTRICT COURT
U. S. Courthouse, Room G-8
312 North Spring Street
Los Angeles, CA 90012-4701


Peter Anderson
OFFICE OF THE U.S. TRUSTEE
725 South Figueroa Street, 26th floor
Los Angeles, CA 90017


**Robert K Lee**
3435 Wilshire Blvd Ste 2741
Los Angeles, CA 90010


*Debtor*
**Kang Jin Hwang**
1635 4th Street
Los Angeles, CA 90019


**Sam S Leslie**
Leslie, Engell & Associates LLP
6310 San Vicente Blvd., Suite 320
Los Angeles, CA 90048


DATE: MARCH 27, 2009                    ELAINE L. GARCIA
                                              Deputy Clerk

---

APPEAL SERVICE LIST

APPEALS: SERVLIST (Revised 04/04)