# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: CV 08-07871-PSG | Date: July 30, 2009 |
| Title: In re Kang Jin Hwang | |

**FILED AUG 21 2009**

BK 08 15337-SB

Present: The Honorable: Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

Proceedings (In Chambers):  **Order to Show Cause Re Bankruptcy Appeal**

**IT IS HEREBY ORDERED** that Appellant show cause in writing on or before **August 20, 2009**, why this bankruptcy appeal should not be dismissed for lack of prosecution.

The Court will consider the filing of the following on or before the above date, as an appropriate response to this Order to Show Cause.

____ A Designation of Record filed in the **Bankruptcy Court**.

____ A Statement of Issues on Appeal filed in the **Bankruptcy Court**.

____ A Notice Regarding the Ordering of Transcripts filed in the **Bankruptcy Court**.

____ Transcripts for Appeal received by the Clerk in the **Bankruptcy Court**.

____ Appellant's Opening Brief filed in the **District Court**.

**X** Appellee's Brief filed in the **District Court**.
(due no later than 15 days after service of Appellant's Opening Brief)

____ Appellant's Reply Brief filed in the **District Court**.
(due no later than 10 days after service of Appellee's brief)

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument will not be heard in this matter unless so ordered by the Court. Counsel are advised that failure to respond to this Order to Show Cause, may result in the dismissal of the entire action.

Counsel are reminded that mandatory chambers copies of all electronically or manually filed documents must be delivered directly to chambers the following business day before Noon. Further, copies must include the E-Filed Notice and/or E-Filed Header. Failure to comply, may result in monetary sanctions.

cc: **Bankruptcy Court Judge**

Initials of Preparer  wkh

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL MINUTES - GENERAL**

Case No.:  CV 08-07871-PSG                                         Date:  July 30, 2009

Title:  In re Kang Jin Hwang